UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------------x
MOISES CORTES, on behalf of himself and others
similarly situated,

                              10 CV 5018

                        Plaintiff

                              **RULE 7.1**
           -against-                 **BUSINESS**
                              **DISCLOSURE**

DRAGON PAVILLION RESTAURANT and
YING LIN,

                      Defendants
----------------------------------------------------------------------x

## BUSINESS REGISTRATION RULE 7.1

Defendants, DRAGON PAVILLION RESTAURANT, by and through their attorneys, THE LAW OFFICES OF VINCENT S. WONG, affirm and state the following:

1. DRAGON PAVILLION RESTAURANT is a non-governmental corporate party.

2. There are no parent corporations or any publicly held corporations owning 10% or more of its stock.

Date:  October 7, 2010
          New York, NY

_____
Vincent S. Wong, Esq.
Law Offices of Vincent S. Wong
39 East Broadway, Suite 304
New York, NY 10002
P: (212) 349-6099
F: (212) 349-6599